UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TOWANDA B., on behalf of A.N.B.,

            Plaintiff,

        -v-                                    5:24-CV-1022 (AJB/DJS)

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
_____

**Hon. Anthony Brindisi, U.S. District Judge:**

### ORDER ON REPORT & RECOMMENDATION

On August 20, 2024, plaintiff Towanda B.[1] ("plaintiff") filed this civil action on behalf of minor A.N.B. seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income ("SSI") under the Social Security Act. Dkt. No. 1. Along with her complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 3. The case was initially assigned to Senior U.S. District Judge David N. Hurd, who referred the matter to U.S. Magistrate Daniel J. Stewart for a Report & Recommendation ("R&R"). Dkt. No. 5.

Judge Stewart granted plaintiff's IFP Application, Dkt. No. 7, the Commissioner filed a certified copy of the Administrative Record, Dkt. Nos. 10, 13, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits will be treated as if the parties have cross-moved for judgment on the pleadings

---

[1] On May 1, 2018, the Judicial Conference's Committee on Court Administration and Case Management issued a memorandum that encouraged courts to better protect the privacy of non-governmental parties in Social Security matters by using only the first name and last initial of the claimant in published opinions.

under Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. Nos. 14, 16, 17.  The matter was later reassigned to this Court for all further proceedings but remained referred to Judge Stewart for the issuance of an R&R.  Dkt. No. 18.

On October 29, 2025, Judge Stewart advised by R&R that: (1) plaintiff's motion should be granted; (2) the Commissioner's motion should be denied; (3) the Commissioner's final decision should be vacated; and (4) this matter should be remanded for further administrative proceedings.  Dkt. No. 19.

Neither party has lodged objections, and the time period in which to do so has expired. *See*  Dkt. No. 19.  Upon review for clear error, Judge Stewart's R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 19) is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED;

5. This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Order and Judge Stewart's R&R.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  November 17, 2025
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge